Gordon B. Dunn, Appellee, v. Paul E. Bertram, Appellant.

Gen. No. 10,197.

Heard in opinion filed March 9, 1948; released for publication March 30, 1948. Hunter & Hunter, for appellant; Burrell, Burrell & Beckmire, for appellee; David M. Burrell, of counsel. Opinion by JUSTICE DOVE. Not to be published in full.